IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv68
(3:05cr16)

| | |
|---|---|
| MICHAEL VASHAWN DRAYTON, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Respondent's second and third Motions for Extension of Time. (Doc. No. 5, 6).

The government's second motion states special circumstances warranting an extension and will be granted.

What the government cites as cites as extraordinary circumstances in its third motion is simply the status quo given the allocation of responsibilities within the United States Attorney's Office. Accordingly the third motion will be granted in part and denied in part, allowing for one last extension.

**IT IS, THEREFORE, ORDERED** that Respondent's second Motion for Extension of Time (Doc. No. 5) is **GRANTED.**

**IT IS FURTHER ORDERED** that Respondent's third Motion for Extension is **GRANTED** in part and **DENIED** in part, and the government has up to and including October 5, 2008, to file a response to Petitioner's Motion to Vacate.

The Clerk is directed to certify copies of this order to Petitioner and Respondent.

Signed: September 17, 2008

Robert J. Conrad, Jr.
Chief United States District Judge