# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Vashawn Drayton,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:08-cv-68

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2010 Order.

Signed: September 30, 2010

Frank G. Johns, Clerk
United States District Court